# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151904

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KEITH JOHNSHAIL GRISHAM,
        Defendant-Appellant.

SC: 151904
COA: 326316
Muskegon CC: 07-055258-FH

_____/

On order of the Court, the application for leave to appeal the May 14, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2016



Clerk

a0516